JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number: 7709
STEVEN ROSE
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:23-CR-00206-CDS-DJA-5 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| JESSIE PEREZ ) | | PRETRIAL RELEASE |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Emily McKillip, Senior United States Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

Dated this 29th day of February, 2024.

JASON M. FRIERSON
United States Attorney

By __/S/_____.
STEVEN ROSE
Assistant U.S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. JESSIE PEREZ                    Docket No.  2:23-CR-00206-CDS-DJA-5

Petition for Action on Conditions of Pretrial Release

      COMES NOW EMILY MCKILLIP, SENIOR UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the defendant, Jessie Perez, who was ordered released by U.S. Magistrate Judge Maximiliano D. Couvillier, III on February 7, 2024, on a personal recognizance bond, with the following conditions of release:

1. The defendant must appear in court as ordered and surrender as directed to serve any sentence.
2. The defendant must not possess or attempt to possess a firearm, destructive device, or other dangerous weapon. The defendant must legally transfer all firearms, as directed by Pretrial Services.
3. The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances.
4. The defendant must report to Pretrial Services. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office.
5. The defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before any change of residence or phone number.
6. The defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form.
7. Travel is restricted to the San Diego County, Imperial County, and the Central District of California and Nevada. Do not enter Mexico. Travel may be expanded within the State of California at the discretion or Pretrial Services.
8. The defendant must actively seek or continue full-time employment, or schooling, or a combination of both.
9. The defendant must reside with a family member or surety at a residence approved by the Pretrial Services Office, including any contract facility.
10. Legally transfer any firearm owned per Pretrial Services.
11. The defendant is placed in the custody of: Hilda Nayeli Parra Pompa who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings and

(c) to notify the court immediately if the defendant violates any condition of release or disappears.

**Respectfully presenting petition for action of Court and for cause as follows:**

- The defendant reported to his supervising officer that he used marijuana and cocaine prior to his arrest, and would benefit from substance use treatment.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO ADD THE FOLLOWING CONDITIONS, WHICH WILL BE IN ADDITION TO THE CONDITIONS PREVIOUSLY IMPOSED:**

1. Submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
2. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services office or supervising officer.

ORDER OF COURT

Considered and ordered this 7th day of March, 2024 and ordered filed and made a part of the records in the above case.

_____
Honorable Maximiliano D. Couvillier, III
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 29th day of February, 2024.

Respectfully Submitted,

Emily McKillip
_____
Emily McKillip
Senior U.S. Pretrial Services Officer
Place: Las Vegas, Nevada