LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Jessie Perez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>JESSIE PEREZ,<br><br>  Defendant | CASE NO: 2:23-cr-00206-CDS-DJA<br><br>**Order Approving STIPULATION TO CONTINUE SENTENCING**<br><br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED by and between SUE FAHAMI, Executive Assistant United States; and Assistant United States Attorney, STEVEN ROSE, counsel for the United States of America; and Defendant JESSIE PEREZ by and through his attorney, LUCAS GAFFNEY, ESQ. that JESSIE PEREZ' sentencing be continued for at least three (3) weeks. The parties have entered into the Stipulation for the following reasons.

1. On July 14, 2025, the Defendant, Jessie Perez, pleaded guilty to Count 1 of a Superseding Information charging Mr. Perez with Conspiracy to Distribute a Controlled Substance. ECF No. 136 The Court conditionally accepted Mr. Perez' guilty plea, released Mr. Perez under the current conditions of his PR Bond, and set sentencing for October 15, 2025. ECF No. 137.

2. On October 8, 2025, the parties filed a Stipulation requesting the Court continue Mr. Perez' sentencing so counsel could complete his mitigation investigation, and to allow Mr. Perez to continue working in order to provide his family with as much financial support as possible before he is sentenced to a minimum of 60 months. ECF No. 161. On October 10, 2025, this Court granted the Stipulation and set sentencing for January 14, 2026.

3. Counsel for Mr. Perez recently learned he will need to travel to Oregon the week of January 12, 2026, to assist his elderly mother with matters related to her health and finances. As such, counsel will be out of the jurisdiction on January 14, 2026.

4. Mr. Perez is currently out of custody and does not object to the continuance.

5. Counsel for the United States of America, Steven Rose, does not oppose a continuance of Mr. Perez' sentencing.

6. The parties hereby stipulate and agree to continue Mr. Perez sentencing for at least three (3) weeks to a time convenient to the Court.

**IT IS SO STIPULATED** this 7th day of January 2026.

Respectfully submitted,

/s/ Lucas Gaffney
LUCAS J. GAFFNEY, ESQ.
*Attorney for Jessie Perez*

SUE FAHAMI
Executive Assistant United States

/s/ Steven Rose
STEVEN ROSE
*Attorney for the United States of America*

Based on the parties' stipulation, it is ordered that the sentencing hearing currently set for January 14, 2026, is vacated and continued to February 11, 2026, at 10:00 a.m. in LV Courtroom 6B.

Dated: January 8, 2026

_____
THE HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE