LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Jessie Perez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff

v.

JESSIE PEREZ,

Defendant

CASE NO: 2:23-cr-00206-CDS-DJA

**STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE**

[ECF No. 228]

IT IS HEREBY STIPULATED AND AGREED by and between Assistant United States Attorney, STEVEN ROSE, counsel for the United States of America; and Defendant JESSIE PEREZ by and through his attorney, LUCAS GAFFNEY, ESQ. that JESSIE PEREZ' self-surrender date be continued for ninety (90) days. The parties have entered into the Stipulation for the following reasons.

1. On July 29, 2026, the Court sentenced the Defendant, Jessie Perez, and set his self-surrender date for October 23, 2026, in order to give Mr. Perez time to raise money for his family before serving his five (5) year sentence. Among other significant financial concerns, Mr. Perez needed time to save money for a surgery his wife needed.

2. Since sentencing, Mr. Perez' family has experienced some financial hardship which diminished the money Mr. Perez saved in anticipation of his incarceration. Mr. Perez and his family recently made some adjustments to their lifestyle and living expenses in an effort to rebuild their savings. As such, Mr. Perez requires additional time to raise money for his family prior to surrendering to the Bureau of Prisons.
3. Mr. Perez continues to maintain full-time employment and has not violated the terms of his pretrial release since May of 2025.
4. Mr. Perez is currently out of custody and does not object to the continuance.
5. Counsel for the Government does not oppose a 90-day continuance of Mr. Perez' self-surrender date.
6. This continuance is not sought merely for purposes of delay.

**IT IS SO STIPULATED** this 8th day of October 2026.

*Respectfully submitted,*

*/s/ Lucas Gaffney*
LUCAS J. GAFFNEY, ESQ.
*Attorney for Jessie Perez*

TODD BLANCHE
United States Attorney General

*/s/ Steven Rose*
STEVEN ROSE
*Attorney for the United States of America*

**Order**

The parties' stipulation **[ECF No. 228] is approved**. It is ordered that defendant Jessie Perez must self-surrender by 12:00 p.m. on 01/22/2027. Bond to be automatically exonerated upon written notification by the U.S. Marshal that the defendant has self-surrendered as ordered.

Dated: October 9, 2026

Cristina D. Silva
United States District Judge